513 P.2d 394

**Joseph E. LACY, Plaintiff-Appellant,**

v.

**HOLIDAY MANAGEMENT COMPA-
NY et al., Defendants-Appellees.**

**No. 9655.**

Supreme Court of New Mexico.

July 13, 1973.

Rehearing Denied Aug. 24, 1973.

———◆———

James R. Toulouse & Associates, James
C. Hall, Albuquerque, for plaintiff-appellant.

Keleher & McLeod, John B. Tittmann,
Albuquerque, for defendants-appellees.

OPINION

STEPHENSON, Justice.

Plaintiff-Appellant sued, alleging breach
of fiducial obligations owed him as a result of a partnership of which he had been
a member.

The trial court's decision included findings of fact consistent with honesty and fair
dealing on the part of the defendants-appellees and inconsistent with appellant's factual predicate. It also denied findings of
fact requested by appellant which were essential to his case.

In attempting to attack these actions of
the trial court, appellant's brief falls far
short of compliance with the second paragraph of Supreme Court Rule 15(6) [§ 21–
2–1(15)(6), N.M.S.A.1953]. Compliance
with portions of Supreme Court Rule 15
(16)(b) and (c) [§ 21–2–1(15)(16)(b & c),
N.M.S.A.1953] ranges from slight to none.

We will accordingly consider the matter
no further. The judgment from which the
appeal is taken is affirmed.

It is so ordered.

McMANUS, C. J., and MONTOYA, J.,
concur.